Exhibit A

# APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country: United States of America

   This Public Document

2. has been signed by RISA G. OLDS

3. acting in the capacity of Notary Public

4. bears the seal/stamp of the State of Kansas

   Certified

5. at Topeka, Kansas

6. the 13th day of August, A.D. 2015

7. by Kris W Kobach, Secretary of State

8. No. 15-03885

9. Seal/Stamp:                    10. Signature

Apostille/Authentication issued by
Kansas Secretary of State



The Company appreciates this letter will be considered a further inducement towards the Bank granting the Facility to the Subsidiaries.

Seaboard Corporation

By: _____
Name: STEVEN J. BRESKY
Title:   President & Chief Executive Officer

LEGAL REVIEW

9000 West 67th Street • Shawnee Mission, Kansas  66202
Phone:  913-676-8800 • Fax:  913-676-8872 • Telex:  209513 SAMC UR



# SEABOARD CORPORATION

## COMFORT LETTER

To    **HSBC Bank (Uruguay) S.A.**
Rincón 391, Piso 1
11000 Montevideo
Uruguay

From: Seaboard Corporation

Address: 9000 West 67th Street, Merriam, KS 66202

Date: **July 13, 2015**

Re.: **Credit Facility to Cereoil Uruguay S.A. and Nolston S.A.**

WHEREAS:

(i)    Seaboard Corporation (the **"Company"**) a company duly organized and validly existing under the laws of Delaware, established at 9000 West 67th Street, Merriam, KS 66202 USA, is a direct or indirect shareholder of **Cereoil Uruguay S.A.** and **Nolston S.A.** (the **"Subsidiaries"**), having 45% (forty-five percent) of their shares;

(ii)    **HSBC Bank (Uruguay) S.A**, a financial institution duly organised and validly existing under the laws of the **Uruguay**, is willing to make available, credit or banking facilities, loans or advances or other financial accommodation in any form whatsoever or incur liabilities in respect of any banking facility or other financial accommodation whatsoever, including guarantees and/or swap/derivative transactions to the Subsidiaries, in the aggregate principal in any currency up to the amount of **US$13,000,000** (**Thirteen Million** United States Dollars (the **"Facility"**); and

(iii)    The Facility is being granted considering the Company's ownership in the Subsidiaries.

The Company intends to maintain its present interest in the Subsidiaries as well as its financial, operational and trade relationship with them.

The Company confirms to the Bank that it has been and currently is our time honoured and continuing policy to have our affiliates, partly or wholly owned, meet all of their financial and contractual obligations, as approved by such affiliates' boards of directors. Nonetheless, by accepting this letter, you acknowledge that <u>this letter is not a guarantee,</u> but rather merely states our intention to monitor the Subsidiaries' financial condition in a timely manner.

The Company appreciates this letter will be considered a further inducement towards the Bank granting the Facility to the Subsidiaries.

Seaboard Corporation

By: _[signature]_
Name: STEVEN J. BRESKY
Title: President & Chief Executive Officer

LEGAL REVIEW

9000 West 67th Street • Shawnee Mission, Kansas 66202
Phone: 913-676-8800 • Fax: 913-676-8872 • Telex: 209513 SAMC UR



## ACKNOWLEDGMENT

STATE OF KANSAS              )
                             ) ss.
COUNTY OF JOHNSON            )

This instrument was acknowledged the 13th day of July, 2015, before me, a Notary Public, in and for the State and County above named, by **Steven J. Bresky**, as President and Chief Executive Officer of **Seaboard Corporation**.

     IN WITNESS WHEREOF, I have set my hand and notarial seal as of the date and year above written.

NOTARY PUBLIC - - State of Kansas
RISA G. OLDS
My Appt. Exp. 4-30-16

Notary Public

My Commission Expires:

April 30, 2016

9000 West 67th Street • Shawnee Mission, Kansas 66202
Phone: 913-676-8800 • Fax: 913-676-8872 • Telex: 209513 SAMC UR